1
2
3
4
5
6
7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **CHARLES JORDAN,** | No. C 09-2715 JSW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **M.S. EVANS,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including March 1, 2010, to file a Reply in this matter.

Dated: February 3, 2010

_____
JEFFREY S. WHITE
United States District Judge

[Proposed] Order
*Charles Jordan v. M.S. Evans*
Case No. C09-2715 JSW

1